FILED

09 SEP -1 PM 1:24

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA



IN THE MATTER OF

Audrey S. Levinson - #126823      CV 09 80 233 MISC

_____/

## ORDER TO SHOW CAUSE

It appearing that Audrey S. Levinson has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that she may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why she should not be suspended from practice before this Court.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Audrey S. Levinson
RMI Investment Services
6345 South Pecos Road, Suite 205
Las Vegas, NV 89120